**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BERND RATFISCH,

    Plaintiff,

v.                                   CASE No. 14-13722-DT

BAY COUNTY JAIL, ET AL.,

    Defendants.

_____/

**JUDGMENT**

In accordance with the "Order Adopting Magistrate Judge's Report Dismissing Plaintiff's Complaint with prejudice" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Bernd Ratfisch.

Dated at Detroit, Michigan, this 18th day November, 2015.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

                                                BY:  s/Lisa Wagner
                                                Lisa Wagner Case  Manager to
                                                Judge Robert H. Cleland

.